454 A.2d 156

Commonwealth v. Thomas, Appellant.

Argued February 16, 1982.

Janet Weaver Mason, Assistant Public Defender, submitted a brief on behalf of appellant; Joseph W. Carroll, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgments of sentence affirmed.